# EXHIBIT B

| '725 Patent Claim Language | Deluxe Media Inc. ("Deluxe") |
|---|---|
| 1p. A method of marketing and distributing multimedia, the method comprising: | Deluxe holds itself out as "the world's leading creation-to-distribution company, offering global, end-to-end services" with an "[u]nmatched global presence in distribution . . . ." (Ex. C.)<br><br>Deluxe advertises: "Get your features to the Cinema with Electronic Delivery . . . or Satellite delivery" (Ex. D at 2) and "Optimize content delivery to your cinema with high speed broadband" (*id.* at 3.)<br><br>A video embedded at https://www.bydeluxe.com/cinema (the "Deluxe Video") provides an overview of Deluxe's movie distribution process. |
| 1a. receiving, by a server, multimedia material and advertising material from a producer or owner of said multimedia material, said advertising material being associated with said multimedia material, said advertising material comprising audio and video components; | Deluxe advertises the mastering and distribution of movies. (Ex. D. at 1-2.)<br><br>Deluxe advertises the creation and distribution of trailers. (Ex. D at 2.)<br><br>The Deluxe Video states that Deluxe can "optimize content delivery to your cinema with Deluxe's high speed terrestrial broadband service" in North America.[1] |

---

[1] Deluxe Video at 0:17-0:21.

| '725 Patent Claim Language | Deluxe Media Inc. ("Deluxe") |
|---|---|
|  | <br><br>Upon information and belief, Deluxe's "high speed broadband delivery service" receives information by server.<br><br>The Deluxe Video states that Deluxe can "maximize access to a robust repository"[2], which includes both movies and trailers. |

---

[2] Deluxe Video at 0:23-0:26.

| '725 Patent Claim Language | Deluxe Media Inc. ("Deluxe") |
|---|---|
| | [video player screenshot showing BATMAN STATUS: DELIVERED and AVATAR STATUS: DELIVERED, timestamp 00:26 / 00:39] |
| | Deluxe partners with many studios and cinemas, including but not limited to MarvelStudios, Lionsgate, Disney, Paramount, Warner Brothers, and Universal. (Ex. E.) |
| 1b. storing said multimedia material and associated advertising material on a computer readable storage medium as correlated information in digital format; | Upon information and belief, Deluxe's "high speed broadband delivery service" stores movies and trailers associated with such movies in servers.

This step is intrinsic to a digital file-based system and is unavoidable, since files must be stored, even if only for a short period. Any data structure (e.g. relational data base) would maintain relationships between items such that a search for a film title would generate a page with links to film versions, stills, trailers, ads, etc. and presenting previews of same. |
| 1c. providing a server system accessible over a communication network, said | Upon information and belief, Deluxe's "high speed broadband delivery service" provides servers that accessible over the internet to potential |

iii

| '725 Patent Claim Language | Deluxe Media Inc. ("Deluxe") |
|---|---|
| server system accessing said correlated information in a digital format from said computer readable storage medium for transfer of said correlated information in a digital format over said communication network to potential purchasers; | cinemas, allowing movies and their associated trailers to be transmitted over the internet to potential customers. |
| 1d. providing samples of said correlated information in a digital format from said server system over said communication network to said potential purchasers, said purchasers being linked to the server system through said communication network; | Upon information and belief, Deluxe's "high speed broadband delivery service" provides samples of movies and associated trailers stored on its servers via the internet. |
| 1e. downloading to said purchasers, upon request of said purchasers, over said communication network, said correlated information in a digital format corresponding to said multimedia material from said server system, said purchasers storing downloaded correlated information in a digital format corresponding to said multimedia material; and | Upon information and belief, Deluxe's "high speed broadband delivery service" can download to potential customers over the internet a movie and its associated trailers. |
| 1f. providing said correlated information in a digital format corresponding to said advertising material that is associated with said multimedia material to said | Upon information and belief, Deluxe's "high speed broadband delivery service" can provide and store to potential customers over the internet a movie and its associated trailers, thereby allowing potential customers to use the trailer to locally market the movie. |

iv

| '725 Patent Claim Language | Deluxe Media Inc. ("Deluxe") |
|---|---|
| purchasers from said server system over said communication network, allowing purchasers to locally market and sell said multimedia material, said purchasers downloading said correlated information in a digital format corresponding to said advertising material that is associated with said multimedia material, said purchasers storing the downloaded correlated information in a digital format corresponding to said advertising material; and | |
| 1g. wherein said purchaser is an exhibitor exhibiting said multimedia material, after deriving said multimedia material from said stored correlated information in a digital format corresponding to said multimedia material, in a public theater to a number of individuals in exchange for a paid admission or a broadcast exhibitor, said advertising material, after deriving of said advertising material from said correlated information in a digital format corresponding to said stored associated advertising material, being shown to the public at a time or in a place different | Deluxe's Video states that Deluxe's "high speed broadband delivery service" delivers to 1,200 sites across North America.[3] |

---

[3] Deluxe Video at 00:21.

v

| '725 Patent Claim Language | Deluxe Media Inc. ("Deluxe") |
|---|---|
| from the time or place at which said associated multimedia material is displayed. | Upon information and belief, such "sites" include public movie theaters in the United States that can exhibit a movie and associated trailers downloaded from Deluxe's "high speed broadband delivery service." |