# EXHIBIT C



What We Do    Who We Are    Careers    🌐 English ⌄    Contact

# MEET DELUXE MEDIA INC.



The world's leading content creators, broadcasters, streaming platforms, and distributors rely on Deluxe's experience and expertise to create, transform, localize, and distribute content.

Founded in 1915, Deluxe is the world's leading creation-to-distribution company, offering global, end-to-end services. Through unmatched scale, technology, and capabilities, Deluxe enables the worldwide market for professionally created media.

Our Customer-First leadership, combined with our end-to-end suite of localization, distribution services, and media technology, creates a service offering which is unrivaled in breadth, scale, and global scope. Through our Deluxe One technology platform, skilled staff, and attention to service, Deluxe has the innovation, capacity, and experience to meet and exceed any customer's expectations.

Our ownership, Platinum Equity, is a global M&A&O® firm that specializes in mergers, acquisitions, and operations of companies that provide mission-critical products, services, and solutions in diverse industries. Together, we strive for operational excellence and customer satisfaction as the primary media services provider in the world.

## WE'RE 4,500+ STRONG

Unmatched global presence in distribution, localization, and technology.

