# EXHIBIT D



What We Do    Who We Are    Careers    🌐 English ⌄    Contact



# CINEMA

**MASTERING | DISTRIBUTION | EVENTS | TRAILERS**

## THE CINEMA SPACE IS EVOLVING

Deluxe has been in lockstep with the cinema industry since 1915. As cinema evolves, so do we. Whether you need to deliver day-and-date releases, master your content, reach cinemas near and far, Deluxe can get you there. Choose a partner with 100

Digital Cinema - Deluxe

years expertise with the ability to support any need at a **global** scale.

## MASTERING

With Deluxe, master your content from trailers to features.

## DISTRIBUTION

Get your Features to the Cinema with Electronic Delivery, Hard Drive or Satellite delivery.

## EVENTS

Get your events on the Big Screen with Live Screenings.

## TRAILERS

Service your trailers from start to finish including your social media campaigns.

## DELUXE IS PROUD TO SUPPORT THE CINEMA INDUSTRY FOR 100+ YEARS



**180**
MARKETING
CAMPAIGNS
LAUNCHED
PER YEAR



**1,140**
THEATRICAL
VERSIONS MASTERED
PER MONTH



**70M**
DECRYPTION
KEYS ISSUED
PER YEAR



**221K**
SCREENS
SUPPORTED



**47K**
CINEMAS
SUPPORTED

**195**
COUNTRIES
SERVICED



## DELIVERY MADE SIMPLE.

Optimize content delivery to your cinema with high speed broadband.

Reduce manual workloads, maximize access to a robust repository and unlock the potential of live events.

Get connected today, email us at electronicdelivery@bydeluxe.com.

### INTERESTED IN A CONTENT AND KEY MANAGER?

Categorize your data and track your deliveries all in one place.





Book a Meeting

## Deluxe Media Inc.

The world's leading content creators, broadcasters, streaming platforms, and distributors rely on Deluxe's experience and

Terms of Use

s 172 Statement

Privacy Policy

Meet Deluxe

Careers

Contact Us

Case 1:25-cv-00038-UNA     Document 1-4     Filed 01/09/25     Page 6 of 6 PageID #: 42

expertise to create, transform, localize, and distribute content.

CA Privacy Policy

Europe Privacy Policy

in

Copyright © 2022 Deluxe Media Inc.