# EXHIBIT E

## LEADING MEDIA AND ENTERTAINMENT CHOOSE DELUXE

        

        

        

        

 



Book a Meeting

| Deluxe Media Inc. | Terms of Use | Meet Deluxe |