IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 25-038-CFC ) ) |
| DELUXE MEDIA INC., | ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant Deluxe Media Inc. to move, plead, or otherwise respond to the Complaint (D.I. 1), currently set for January 30, 2025 (D.I. 6), is extended to March 17, 2025.

| | |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Karen E. Keller* |
| Neal C. Belgam (No. 2721) | Karen E. Keller (No. 4489) |
| Daniel A. Taylor (No. 6934) | SHAW KELLER LLP |
| SMITH, KATZENSTEIN & JENKINS LLP | I.M. Pei Building |
| 1000 West Street, Suite 1501 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 298-0700 |
| ncb@skjlaw.com | kkeller@shawkeller.com |
| dat@skjlaw.com | *Attorney for Defendant Deluxe Media Inc.* |
| *Attorneys for Plaintiff Digital Media Technology Holdings, LLC* | |

Dated: January 29, 2025

SO ORDERED this _____ day of _____ 2025.

_____
Chief United States District Court Judge