IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE MEDIA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-038-CFC<br>)<br>)<br>)<br>)<br>) |

**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Deluxe Media Inc., a non-governmental entity, through its undersigned counsel states that Deluxe Media Inc. is a wholly-owned subsidiary of DLX Intermediate Holding II Corporation. No publicly-held corporation owns 10% or more of the stock of Deluxe Media Inc.

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | Karen E. Keller (No. 4489) |
|  | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Gene W. Lee | I.M. Pei Building |
| PERKINS COIE LLP | 1105 North Market Street, 12th Floor |
| 1155 Avenue of the Americas | Wilmington, DE 19801 |
| 22nd Floor | (302) 298-0700 |
| New York, NY 10036-2711 | kkeller@shawkeller.com |
| (212) 262-6900 | nhoeschen@shawkeller.com |
|  | *Attorneys for Plaintiff Digital Media* |
| Dated: January 29, 2025 | *Technology Holdings, LLC* |