IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 25-038-CFC |
| DELUXE MEDIA INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT DELUXE MEDIA INC.'S MOTION TO DISMISS THE COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Deluxe Media Inc. moves pursuant to Fed. R. Civ. P. 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal with prejudice of the patent infringement claims asserted by Digital Media Technology Holdings, LLC ("DMTH"). The grounds for this Motion are set forth in Deluxe Media Inc.'s Opening Brief in Support submitted contemporaneously herewith.

                                        /s/ Karen E. Keller
                                        Karen E. Keller (No. 4489)
                                        Nathan R. Hoeschen (No. 6232)
                                        SHAW KELLER LLP
OF COUNSEL:                             I.M. Pei Building
Gene W. Lee                             1105 North Market Street, 12th Floor
Thomas Matthew                          Wilmington, DE 19801
PERKINS COIE LLP                        (302) 298-0700
1155 Avenue of the Americas             kkeller@shawkeller.com
22nd Floor                              nhoeschen@shawkeller.com
New York, NY  10036-2711                *Attorneys for Defendant Deluxe*
(212) 262-6900                          *Media Inc.*

Aaron E. Schindler
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
(608) 663-7460

Dated: March 17, 2025