IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 25-038-CFC |
| DELUXE MEDIA INC., | ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having considered Defendant Deluxe Media Inc.'s Motion To Dismiss The Complaint for Patent Infringement;

IT IS HEREBY ORDERED this _____ day of _____, 2025 that the Motion is GRANTED, and all claims related to U.S. Patent 7,574,725 are dismissed with prejudice pursuant to 35 U.S.C. §101.

_____
United States District Judge