## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>DELUXE MEDIA INC.,<br><br>        Defendant. | C.A. No. 25-0038-CFC<br><br>**JURY TRIAL DEMANDED** |

## <u>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME</u>

WHEREAS, on March 17, 2025 Defendant Deluxe Media Inc. moved to dismiss the Complaint. (D.I. 12; D.I. 13);

WHEREAS, pursuant to Local Rule 7.1.2(b), the deadline for Plaintiff Digital Media Technology Holdings, LLC to file an answering brief in opposition to the motion is March 31, 2025; and

WHEREAS, the parties have agreed to extend this deadline by 30 days to April 30, 2025, and to extend the deadline for the Defendant's reply brief by 7 days to May 14, 2025;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for Plaintiff Digital Media Technology Holdings, LLC to file an answering brief in opposition to the motion to dismiss the Complaint (D.I. 12; D.I. 13) currently set

for March 31, 2025, shall be extended to April 30, 2025, and the deadline for

Defendant Deluxe Media, Inc. to file its reply brief in support of its motion shall be

extended to May 14, 2025.


Dated: March 25, 2025


**SMITH, KATZENSTEIN &**          **SHAW KELLER LLP**
**JENKINS LLP**


*/s/ Daniel A Taylor*              */s/ Karen Elizabeth Keller*
Neal. C. Belgam (No. 2721)        Karen Elizabeth Keller (No. 4489)
Daniel A. Taylor (No. 6934)       1105 North Market Street
1000 West Street, Suite 1501      12th Floor
Wilmington, DE 19801              Wilmington, DE 19801
(302) 652-8400                    302-298-0700
rjk@skjlaw.com                    kkeller@shawkeller.com
dat@skjlaw.com

                                  *Attorneys for Defendant Deluxe Media,*
*Attorneys for Plaintiff Digital*  *Inc.*
*Media Technology Holdings, LLC*


On this ___ day of _____, 2025, IT IS SO ORDERED


                          _____
                          Colm F. Connolly
                          Chief U.S. District Judge