IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DELUXE MEDIA INC.,<br><br>    Defendant. | C.A. No. 25-0038-CFC<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

WHEREAS, on March 17, 2025 Defendant Deluxe Media Inc. moved to dismiss the Complaint. (D.I. 12; D.I. 13);

WHEREAS, pursuant to Local Rule 7.1.2(b), the deadline for Plaintiff Digital Media Technology Holdings, LLC to file an answering brief in opposition to the motion is March 31, 2025; and

WHEREAS, the parties have agreed to extend this deadline by 30 days to April 30, 2025, and to extend the deadline for the Defendant's reply brief by 7 days to May 14, 2025;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for Plaintiff Digital Media Technology Holdings, LLC to file an answering brief in opposition to the motion to dismiss the Complaint (D.I. 12; D.I. 13) currently set

for March 31, 2025, shall be extended to April 30, 2025, and the deadline for Defendant Deluxe Media, Inc. to file its reply brief in support of its motion shall be extended to May 14, 2025.

Dated: March 25, 2025

| | |
|---|---|
| **SMITH, KATZENSTEIN & JENKINS LLP** | **SHAW KELLER LLP** |
| */s/ Daniel A Taylor* <br> Neal. C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> rjk@skjlaw.com <br> dat@skjlaw.com <br><br> *Attorneys for Plaintiff Digital Media Technology Holdings, LLC* | */s/ Karen Elizabeth Keller* <br> Karen Elizabeth Keller (No. 4489) <br> 1105 North Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> 302-298-0700 <br> kkeller@shawkeller.com <br><br> *Attorneys for Defendant Deluxe Media, Inc.* |

On this  25th day of ____March____, 2025, IT IS SO ORDERED

/s/ Colm F. Connolly
Colm F. Connolly
Chief U.S. District Judge