

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
Judge

April 9, 2025

**Via CM/ECF**

        Re:      <u>Digital Media Technology Holdings, LLC v. Deluxe Media Inc.</u>
                  Court No. 1:25-cv-00038

Dear Counsel:

      The above-captioned matter has been reassigned to this Chambers. The Parties are directed to familiarize themselves with my April 8, 2025 standing order available on the Court's website (https://www.ded.uscourts.gov/).

      Parties are required to furnish to the Court one paper copy of pleadings, briefs, responses, and replies. Parties shall also provide two physical copies of documents filed in support of pleadings and briefs—appendices, exhibits, declarations, and affidavits. The Parties are directed to provide to this Chambers physical copies of all pleadings and other matters currently pending, even if physical copies were previously furnished to another chambers. Physical copies shall be furnished to the Clerk of Court at United States Court of International Trade, One Federal Plaza, New York, New York 10278-0001. Parties need not file copies with the Clerk of Court for the U.S. District Court for the District of Delaware.

      Any questions regarding the submission of physical documents may be directed to my Case Manager, Steve Taronji, by telephone at (212) 264-1611 or via e-mail at steve_taronji@cit.uscourts.gov.

      Thank you for your assistance and cooperation.

                                                      Very truly yours,

                                                       /s/  Jennifer Choe-Groves
                                                       Jennifer Choe-Groves, Judge

Cc:    Steve Taronji
        For Docketing

Counsel of Record