

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

May 21, 2025

**VIA CM/ECF & FedEx**
The Honorable Jennifer Choe-Groves
Clerk of Court
United States Court of International Trade,
One Federal Plaza
New York, NY 10278-0001

Re: *Digital Media Technology Holdings, LLC v. Deluxe Media Inc.*,
C.A. No. 25-038-JCG

Dear Judge Choe-Groves:

Pursuant to D. Del. L. R. 7.1.4, defendant Deluxe Media Inc. respectfully requests oral argument on its Motion to Dismiss the Complaint for Patent Infringement (D.I. 12).

Briefing on the motion is complete, and the parties' submissions may be found at D.I. 13, 20, and 21. The reply brief was filed on May 14, 2025.

Respectfully submitted,

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)

cc: Clerk of the Court (by CM/ECF & Hand Delivery)
All counsel of record (by CM/ECF & Email)