# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**DELUXE MEDIA INC.,**<br><br>　　Defendant. | Court No. 1:25-cv-00038-JCG |

## ORDER

Upon consideration of Defendant's Request for Oral Argument (D.I. 22), and all other papers and proceedings in this action, it is hereby

**ORDERED** that oral argument on Defendant's Motion to Dismiss (D.I. 12) shall be held on June 11, 2025 at 1:00 PM at the J. Caleb Boggs Federal Building and United States Courthouse.

IT IS SO ORDERED this 27th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.