IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 25-038-JCG |
| DELUXE MEDIA INC., | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO THE J. CALEB BOGGS FEDERAL BUILDING AND UNITED STATES COURTHOUSE**

Defendant Deluxe Media Inc. respectfully moves for an order in the in the form of the attached exempting certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "Standing Order"). In support of this Motion, the parties state as follows:

1. The Court issued a Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* (the "Standing Order") which, effective May 15, 2023, placed restrictions on the ability to bring

personal electronic devices, including laptops and cell phones, into the J. Caleb Boggs Federal Building.

2. The Standard Order indicates that personal electronic devices include but are not limited to "cellular telephones, smart phones, laptop computers, recording devices, smart watches, and tablet computers." Absent exemption, the Standing Order requires that all personal electronic devices be turned off and placed in a locked pouch, not to be used while in the J. Caleb Boggs Federal Building.

3. A hearing on Defendant's Motions to Dismiss is scheduled to be heard on June 11, 2025 beginning at 1:00 p.m.

4. Gene W. Lee, an attorney with Perkins Coie LLP plans to participate in the hearing and requires access to her electronic devices but does not possess a physical bar card as required by Paragraph 4 of the Standing Order.

WHEREFORE, Defendant Deluxe Media Inc. respectfully requests that the Court enter the attached proposed order.

|  |  |
|---|---|
| | /s/ *Karen E. Keller* |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| | Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: | SHAW KELLER LLP |
| Gene W. Lee | I.M. Pei Building |
| Thomas Matthew | 1105 North Market Street, 12th Floor |
| PERKINS COIE LLP | Wilmington, DE 19801 |
| 1155 Avenue of the Americas | (302) 298-0700 |
| 22nd Floor | kkeller@shawkeller.com |
| New York, NY  10036-2711 | nhoeschen@shawkeller.com |
| (212) 262-6900 | lgellar@shawkeller.com |
| | *Attorneys for Defendant Deluxe Media Inc.* |
| Aaron E. Schindler | |
| PERKINS COIE LLP | |
| 33 East Main Street, Suite 201 | |
| Madison, WI 53703-3095 | |
| (608) 663-7460 | |

Dated: June 11, 2025

3