IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 25-038-JCG |
| DELUXE MEDIA INC., | ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Having considered Defendant Deluxe Media Inc.'s Motion for Permission to Bring Electronic Devices into the J. Caleb Boggs Federal Building and United States Courthouse, it is HEREBY ORDERED that the motion is **GRANTED**.

With appropriate identification and a copy of this Order, the following individual may bring personal electronic devices to the courthouse for purposes of the hearing on Defendant's Motions to Dismiss scheduled for June 11, 2025, beginning at 1:00 p.m.:

- Gene W. Lee

The above individual shall be treated as exempt under Paragraph 4 of the Court's Standing Order but shall comply with Paragraph 5 of the Standing Order.

**SO ORDERED**, this _____ day of _____, 2025.

_____
United States District Judge